| | |
|---|---|
| 1 | PHILIP A. TALBERT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | ADAM LAZAR, CSBN 237485 |
| | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
| |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 268-5601 |
| |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: adam.lazar@ssa.gov |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | | |
|---|---|---|
| TRACY HIMES, | ) | Case No.: 2:17-cv-00403-AC |
| | ) | |
|     Plaintiff, | ) | **JOINT STUPULATION AND** |
| | ) | **[PROPOSED] ORDER FOR EXTENSION** |
| vs. | ) | **OF TIME** |
| | ) | |
| NANCY A. BERRYHILL | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Motion for Summary Judgment, originally due on August 7, 2017, by 30 days, through and including Wednesday, September 6, 2017. This is the Commissioner's first request for an extension of time in this matter.

      An extension of time is needed in order to prepare Defendant's opposition because counsel has three oppositions to motions for summary judgment due this next week, and is further responsible for a major discovery production due next week. This request is made in

Stipulation for Extension of Time; 2:17-cv-00403-AC

1

1 good faith with no intention to unduly delay the proceedings. Counsel's office conferred with
2 Plaintiff's counsel, who had no objection to this request, on August 3, 2017.

Respectfully submitted,

Dated: August 4, 2017
PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Adam Lazar
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: August 4, 2017   By:   /s/ Richard Whitaker*
RICHARD A. WHITAKER
(*by email authorization)

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Date: August 7, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time; 2:17-cv-00403-AC